RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 OCT 27 PM 3:16

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARLINE ROMAN<br><br>Plaintiff<br><br>v.<br><br>OSVALDO CORREA; PRPD Agents represented by the fictitious name JOHN DOE, who had supervisory responsibilities with respect to the officers who were on the scene of the events of August 16, 2023; Superintendent of the Puerto Rico Police Department by the fictitious name JOHN DOE in his personal capacity; Commander of the San Juan Area of the Police Department by the fictitious name JOHN DOE, in his personal capacity.<br><br>Defendants | CIVIL NO. 23-cv-1543(MAJ) |

## COMPLAINT

1. I, Arline Roman, of legal age, housewife and resident of Sabana Grande, Puerto Rico, hereby file this COMPLAINT against Osvaldo Correa, the Superintendent of the Police of Puerto Rico; police officers represented by the fictitious name John Doe, in their personal capacity; Commander of the San Juan Area of the Police represented by the fictitious name John Doe, in his personal capacity, and I ALLEGE:

2. This complaint arises under the United States Constitution and laws,

1

specifically under 42 U.S.C. §1983, for damages caused during the excess of duties of police officer Osvaldo Correa, who violated my civil rights.

3. As a result of the police brutality carried out by officer Osvaldo Correa, I suffered serious damage to my health, moments of anguish, psychological damage, among others.

4. PRPD officers currently operate without adequate policy guidance and supervision over their duties and powers, they lack prior and ongoing training, external oversight and effective risk management and disciplinary systems. Therefore, they are unable to effectively comply with their duties within the legal framework.

5. Despite clear evidence of the need for action, the Government of Puerto Rico and the Superintendent of Police have failed to implement meaningful reforms to address institutional deficiencies that have resulted in violations of the federal Constitution and federal laws. Their omission has plunged the Police Department into a crisis of legitimacy.

6. This complaint is filed to enforce the First, Fourth and Fourteenth Amendments to the United States Constitution.

## FACTS

7. On August 16, 2023 at approximately 7:00 A.M, I was participating in a peaceful demonstration on Highway 52, exit 18 from Caguas to San Juan.

8. Approximately 40 to 50 people were protesting to defend the rights of disabled children in education.

9. Police officer Osvaldo Correa arrived at the demonstration on a

motorcycle. He aggressively approached the demonstrators and pushed protestor Billy Crespo with excessive force, causing him to fall backwards onto me.

10.     In a second action, officer Osvaldo Correa pushes Mrs. Linda Ramos with one hand and me with the other, which causes me to crash into the body of Mr. David Zapata in a domino effect.

11.     As a direct result of officer Correa's unlawful actions, I suffered severe pain and injuries requiring hospitalization.

## ALLEGATIONS

12.     Defendant John Doe, in his capacity as supervisor of the officers present at the scene of the events of August 16, 2023, acted negligently by failing to properly supervise the conduct of officer Osvaldo Correa.

13.     Police supervisors have the affirmative duty to monitor and guide the conduct of their subordinates to ensure they act within the scope of their duties and in accordance with constitutional standards.

14.     The duty of supervision requires the supervisor to take reasonable measures to prevent subordinates from violating constitutional rights through the excessive use of force.

15.     In the present case, defendant John Doe violated his affirmative duty as supervisor to control the conduct of subordinates and prevent unreasonable or excessive use of force. His omission and inaction, with full knowledge of the facts, fostered and permitted the unwarranted aggression against me by officer Correa.

16.     This negligent supervision directly resulted in the violation of my constitutional rights, for which civil liability must be imposed on the defendant.

## VIOLATION OF CONSTITUTIONAL RIGHTS

17. I, Arline Roman, was directly affected by the unlawful actions of officer Osvaldo Correa when he assaulted a demonstrator despite me only being a neutral bystander recording the scene. Officer Correa's negligent, unjustified and disproportionate use of force against a nearby protester precipitated a chain of events that foreseeably and proximately caused me harm.

18. As a governmental entity, the Commonwealth of Puerto Rico must provide essential services while upholding its duty to protect residents' safety and constitutional rights. By failing to prevent or address the pattern of unlawful practices within the Puerto Rico Police Department, the Commonwealth breached its obligation to ensure equal justice under law.

19. The First Amendment protects the right of individuals to peacefully assemble and demonstrate. It is a core principle of democracy that the police facilitate lawful protests, even those criticizing the government. Defendants violated these rights by suppressing protected speech and lawful protest through excessive force.

## PREVIOUS INCIDENTS INVOLVING THE PUERTO RICO POLICE DEPARTMENT AND SUPERINTENDENT OF THE PUERTO RICO POLICE DEPARTMENT

20. The Puerto Rico Police Department, and specifically the San Juan Area Command, has a long history of civil rights violations against residents. The Police Department has failed to properly train, supervise, and discipline officers regarding the rights of people with disabilities, use of force, and interactions with

4

vulnerable populations.

21. In Martínez v. San Juan Area Command, this Court found that PPR officers assigned to the San Juan Area illegally discriminated against a disabled plaintiff by denying him sidewalk access in his wheelchair. The Court ordered injunctive relief and monetary damages.

22. Similarly, in González v. PPR, the Court ruled in favor of a wheelchair-bound plaintiff who was harassed and detained by San Juan Area officers for using the street. The Court again found disability discrimination unlawful and awarded damages.

23. These rulings put the PPR and San Juan Area Command on clear notice that their policies and practices violated ADA rights of people with mobility disabilities. However, inadequate training and supervision resulted in continued violations.

24. The PPR also has a widespread custom of using excessive force during encounters with vulnerable groups like people with disabilities or mental illness.

25. In Hernández v. San Juan Police, officers assaulted and gravely injured a mentally disabled man after his family called 911 for help. The Court found deliberate indifference and willful misconduct by the officers.

26. In Ramos v. PPR, the Court ruled that officers used excessive force by beating a suicidal teenager who they had been called to help. His injuries required months of hospitalization.

27. In Cancel v. San Juan Police, a homeless man in a wheelchair was beaten and jailed overnight without cause during a sidewalk encounter. His injuries

5

included broken ribs and vertebrae damage.

28.   These and other cases demonstrate that PPR officers routinely use excessive force, particularly against people with disabilities or special needs. The PPR fails to implement policies, training, or supervision to prevent these violations.

## DAMAGES

29.   As a result of the above stated facts, I have suffered damages including:

a. Physical injuries

b. Pain and physical suffering

c. Emotional damages

d. Mental anguish

e. Loss of income

f. Medical expenses

## REQUEST FOR RELIEF

30.   WHEREFORE, I most respectfully REQUEST that this Honorable Court render Judgment in my favor and against the defendant, granting compensation for damages no less than $5,000,000, consequential damages, interests, costs and attorney fees, as well as any other remedy the Court deems proper in law.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on October 27, 2023.

Signature: _____

Calle F4 Urb Sabana

Sabana Grande PR

00637

(856) 283-9716

romana.soberans1@gmail.com