### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

ARLINE ROMAN,

    *Plaintiff*,

**v.**

    Civ. No. 23-01543 (MAJ)

OSVALDO CORREA, *et al.*,

    *Defendants.*

## JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 5**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety. This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of July, 2024.

          **/s/ María Antongiorgi-Jordán**
          **MARIA ANTONGIORGI-JORDAN**
          **UNITED STATES DISTRICT JUDGE**